UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHIP, L.L.C. and RIVER 1, LLC | § | |
| *Plaintiffs/Counter-Defendants* | § | |
| VS. | § | |
| | § | C.A. No. 2:23-cv-06815-CJB-EJD |
| JAMESTOWN METAL MARINE SALES, INC. | § | |
| | § | |
| *Defendant/Counter-Plaintiff* | § | |
| | § | |

## MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA

NOW INTO COURT, through undersigned counsel comes defendant/counter-plaintiff, Jamestown Metal Marine Sales, Inc. (hereinafter referred to as "JMMS"), who respectfully moves this Court to compel Marine Technologies, LLC ("Marine Technologies") to comply with the third-party subpoena issued by undersigned counsel on June 27, 2024. The subpoena seeks documents relevant to the counterclaims asserted by JMMS and the defenses to the claims asserted by LaShip, LLC and River 1, LLC (collectively "Plaintiffs") against JMMS.

Pursuant to Fed. R. Civ. P. 37, concurrence in the instant relief was requested from Marine Technologies' counsel, who also serves as Plaintiffs' counsel in this matter, but no such concurrence was obtained. The parties engaged in a telephonic meet and confer on July 29, 2024 and were not able to resolve the dispute set forth in this Motion.

Accordingly, this Court should compel Marine Technologies to comply with the subpoena and produce the responsive documents in its possession.

Respectfully submitted,

BLAND & PARTNERS, LLC

*/s/ David S. Bland*
David S. Bland (La. Bar. No. 1257)
dbland@blandpartners.com
Julie M. Araujo (La. Bar. No. 26174)
jaraujo@blandpartners.com
Rachel S. Bland (LA Bar No. 37037)
rbland@blandpartners.com
5500 Prytania St., #618
New Orleans, LA 70115
(281) 900-8545

*Attorneys for Jamestown Metal Marine Sales, Inc.,*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through the Court's electronic filing system on this 26th day of November 2024.

*/s/ David S. Bland*
David S. Bland