UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHIP, L.L.C., ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-6815 |
| JAMESTOWN METAL AND MARINE SALES, INC. | SECTION: "J" (3) |

### ORDER AND REASONS

Before the Court is Defendant Jamestown Metal Marine Sales, Inc.'s ("JMMS") Motion to Compel (R. Doc. 50). Defendant asks the Court to compel Plaintiffs LaShip, L.C.C. and River 1, LLC (collectively, "Plaintiffs") to provide discovery responses. Plaintiffs have filed an opposition.[1] As an initial matter, however, Defendant's Certificate of Conference indicates it met and conferred with Plaintiffs on July 29, 2024.[2] Under the circumstances and as highlighted by the briefing, that conference of almost five months ago is inadequate. *See* Fed. R. Civ. P. 37(a)(1).

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Compel (R. Doc. 50) is **DENIED WITHOUT PREJUDICE** to Defendant's right to re-urge the Motion at a later date, if necessary, with certification of proper compliance with Federal Rule of Civil Procedure 37(a)(1). Defendants are reminded that all Rule 37(a)(1) certifications

---

[1] R. Doc. 56.
[2] R. Doc. 50-8.

1

submitted to Division 3 must include the information specified on the undersigned's court website.

New Orleans, Louisiana, this 16th day of December, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE